RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555 F 212.687.9044

JONATHAN B. BRUNO
PARTNER
(212) 455-9554
jonathan.bruno@rivkin.com

The request for an extension is GRANTED. Defendant Rebekah Rehab should respond to plaintiff's complaint on or before November 27, 2026. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 14, 2026

October 14, 2026

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: DeVonta M. McKinnon v. Saint Patrick's Home & Rehabilitation Center, et al.
Civil Action No. 1:26-cv-07128-AS

Dear Judge Subramanian:

My firm represents Defendant Rebekah Rehab Extended Care Center s/h/a "Rebekah Rehab Center" ("Rebekah Rehab") in the above-referenced matter. I am writing pursuant to Your Honor's individual practices in civil pro se cases to request an extension of time to respond or otherwise move to dismiss the complaint up to and including November 27, 2026. Upon information and belief, the original deadline for Rebekah Rehab to respond to the complaint was September 28, 2026. There have been no prior requests for an extension. Pro se Plaintiff does not consent to this request. There are currently no appearances scheduled before the Court and there are no other existing deadlines.

We respectfully acknowledge and understand Your Honor's practice in ordinarily denying requests for an extension made after the expiration of the original deadline. However, my firm was only made aware of the lawsuit last week, after the time to respond had already expired, and therefore additional time is necessary to investigate Plaintiff's allegations, review relevant documents, and adequately prepare Rebekah Rehab's response or motion. An extension will ensure that Rebekah Rehab has a fair opportunity to respond on the merits. Thank you for your consideration.

Respectfully submitted,

RIVKIN RADLER LLP

Jonathan B. Bruno

cc: Counsel of Record via ECF
DeVonta M. McKinnon via ECF and email

4917-7944-1624, v. 1